J Christopher Jorgensen
Nevada Bar No. 5382
Anona Su
Nevada Bar No. 16140
**WOMBLE BOND DICKINSON (US) LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Chris.Jorgensen@wbd-us.com
Anona.Su@wbd-us.com

*Attorneys for Defendant Synchrony Bank*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORLANDO J. CASTELLON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PENTAGON FEDERAL CREDIT UNION, SYNCHRONY BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-01728-JCM-EJY<br><br>**STIPULATION TO EXTEND SYNCHRONY BANK'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

**THIS STIPULATION** is entered into by and between Defendant Synchrony Bank ("Synchrony") and Plaintiff Orland J. Castellon ("Castellon," and together with Synchrony, the "Parties"), by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, to extend Synchrony's deadline to respond to Plaintiff's Complaint from October 8, 2025 until October 22, 2025 based on the following:

1. This is the first request for an extension of time for Synchrony to respond to Plaintiff's Complaint.

2. On September 15, 2025, Castellon filed a Complaint with this Court [ECF No. 1].

3. Castellon served Synchrony's registered agent with the Complaint on September 17, 2025 [ECF No. 8].

- 1 -

4. Based on the date of service of the Summons and Complaint, Synchrony's current deadline to respond to the Complaint is October 8, 2025. *Id.*

5. Synchrony requests this extension to investigate all relevant matters, ascertain the veracity of the averments in Plaintiff's Complaint, analyze and ascertain any and all affirmative and other defenses, and otherwise submit a proper response to the Complaint.

6. This stipulation is in good faith and not for dilatory or other improper purpose.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

The Parties stipulation and agree to extend the deadline for Synchrony to respond to the Complaint, up to and including October 22, 2025.

**IT IS SO STIPULATED**

DATED this 24th day of September, 2025

| **WOMBLE BOND DICKINSON (US) LLP** | **LAW OFFICE OF KEVIN L. HERNANDEZ** |
|---|---|
| By: */s/ Anona Su* <br>    J Christopher Jorgensen, Esq. <br>    Nevada Bar No. 5382 <br>    Anona Su, Esq. <br>    Nevada Bar No. 16140 <br>    3993 Howard Hughes Parkway <br>    Suite 600 <br>    Las Vegas, NV 89169 | By: */s/ Kevin L. Hernandez* <br>    Kevin L. Hernandez, Esq. <br>    Nevada Bar No. 12594 <br>    8920 W. Tropicana Ave., Suite 101 <br>    Las Vegas, NV 89147 <br><br> *Attorney for Plaintiff Orlando J. Castellon* |

*Attorneys for Defendant Synchrony Bank*

IT IS SO ORDERED.



_____
U.S. MAGISTRATE JUDGE

Date: September 25, 2025