Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORLANDO J. CASTELLON,<br><br>Plaintiff,<br><br>v.<br><br>PENTAGON FEDERAL CREDIT UNION, SYNCHRONY BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:25-cv-01728-JCM-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PENTAGON FEDERAL CREDIT UNION WITH PREJUDICE** |

Plaintiff, Orlando J. Castellon ("Plaintiff") and Defendant, Pentagon Federal Credit Union ("PenFed") have resolved all claims, disputes, and differences between Plaintiff and PenFed.

Therefore, Plaintiff and PenFed, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against PenFed with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and PenFed bearing their own

///

///

///

///

///

attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: December 1, 2025

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: December 1, 2025

**SPENCER FANE**

*/s/ Jason D. Smith*
Jason D. Smith, Esq.
Nevada Bar No. 9691
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
jdsmith@spencerfane.com
*Attorneys for Pentagon Federal Credit Union*

Dated: December 1, 2025

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Anona Su*
J. Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Anona Su, Esq.
Nevada Bar No. 16140
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Chris.Jorgensen@wbd-us.com
Anona.Su@wbd-us.com
*Attorneys for Synchrony Bank*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO PENTAGON FEDERAL CREDIT UNION ONLY

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Pentagon Federal Credit Union ("PenFed") are hereby dismissed with prejudice. Plaintiff and PenFed will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 1, 2025