Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

*Law Office of Kevin L. Hernandez*
*8920 W. Tropicana Avenue, Suite 101*
*Las Vegas, Nevada 89147*
*TEL: (702) 563-4450  FAX: (702) 552-0408*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORLANDO J. CASTELLON,<br><br>Plaintiff,<br><br>v.<br><br>PENTAGON FEDERAL CREDIT UNION, SYNCHRONY BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:25-cv-01728-JCM-EJY<br><br><br>**STIPULATION AND ORDER OF DISMISSAL OF SYNCHRONY BANK WITH PREJUDICE** |

Plaintiff, Orlando J. Castellon ("Plaintiff") and Defendant, Synchrony Bank ("Synchrony") have resolved all claims, disputes, and differences between Plaintiff and Synchrony.

Therefore, Plaintiff and Synchrony, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against Synchrony with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Synchrony bearing their own

///

///

///

///

///

Page 1 of 2

attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: March 9, 2026

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: March 9, 2026

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Anona Su*
J. Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Anona Su, Esq.
Nevada Bar No. 16140
8488 Rozita Lee Ave. Suite 400
Las Vegas, Nevada 89113
Chris.Jorgensen@wbd-us.com
Anona.Su@wbd-us.com
*Attorneys for Synchrony Bank*

## <u>ORDER OF DISMISSAL WITH PREJUDICE AS TO SYNCHRONY BANK</u>

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Synchrony Bank ("Synchrony") are hereby dismissed with prejudice. Plaintiff and Synchrony will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED:   March 12, 2026

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408